IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTOINE BOYD,

       Plaintiff,               No. CIV S-05-1425 DFL GGH P

   vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

       Defendants.        ORDER
_____/

       Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of August 24, 20005.  Good cause appearing, IT IS HEREBY ORDERED that:

       1.  Plaintiff's September 16, 2005 motion for an extension of time is granted; and

       2.  Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: 9/22/05

                    /s/ Gregory G. Hollows

                    GREGORY G. HOLLOWS
                    UNITED STATES MAGISTRATE JUDGE

GGH:bb
boyd1425.36