IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTOINE BOYD,

    Plaintiff,                    No. CIV S-05-1425 DFL GGH P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

_____/        <u>ORDER</u>

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's amended complaint filed December 1, 2005.

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants: Dunn and Quezada.

        2. The Clerk of the Court shall send plaintiff 2 USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed December 1, 2005.

1        3. Within thirty days from the date of this order, plaintiff shall complete the
2 attached Notice of Submission of Documents and submit the following documents to the court:
3           a. The completed Notice of Submission of Documents;
4           b. One completed summons;
5           c. One completed USM-285 form for each defendant listed in number 3
6              above; and
7           d. Three copies of the endorsed amended complaint filed December 1,
8              2005.
9        4. Plaintiff need not attempt service on defendants and need not request waiver of
10 service. Upon receipt of the above-described documents, the court will direct the United States
11 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
12 without payment of costs.
13 DATED: 1/10/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
boy1425.ser

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTOINE BOYD,

    Plaintiff,                              No. CIV S-05-1425 DFL GGH P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,                  NOTICE OF SUBMISSION

    Defendants.                           OF DOCUMENTS

_____/

       Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

       __1__       completed summons form

       __2__       completed USM-285 forms

       __3__       copies of the _____

                         Complaint/Amended Complaint

DATED:

                                       _____
                                       Plaintiff