IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTOINE BOYD,

        Plaintiff,                    No. CIV S-05-1425 DFL GGH P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

        Defendants.          <u>ORDER</u>

_____/

        On July 31, 2006, defendants filed a request for extension of time to respond to plaintiff's interrogatories.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' July 31, 2006, request for extension of time is granted;

        2. Defendants' responses to plaintiff's first set of interrogatories are due within 45 days after the court issues a discovery order.

DATE: 8/23/06

                                             /s/ Gregory G. Hollows

                                             _____
                                             GREGORY G. HOLLOWS
                                             UNITED STATES MAGISTRATE JUDGE

boyd1425.eot

1